LAW OFFICE OF HAIK BELORYAN
HAIK BELORYAN, ESQ. (Bar No. 265667)
beloryanlaw@gmail.com
4730 Woodman Ave, Suite 300
Sherman Oaks, California 91423
Telephone: (818) 387-6428
Facsimile: (818) 387-6893

JS-6

Attorney for Plaintiffs
HARUTIUNE ADAMYAN, HOVSEP ADAMYAN,
SILVA ADAMYAN and KARINE ADAMYAN

SEDGWICK LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
bruce.celebrezze@sedgwicklaw.com
MATTHEW C. LOVELL (Bar No. 189728)
matthew.lovell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
FIRST NATIONAL INSURANCE COMPANY OF AMERICA, INC.
and SAFECO INSURANCE COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUTIUNE ADAMYAN, HOVSEP ADAMYAN, SILVA ADAMYAN, and KARINE ADAMYAN, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST NATIONAL INSURANCE COMPANY OF AMERICA, INC., SAFECO INSURANCE COMPANY OF AMERICA, INC., and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. 2:11-CV-06631-JFW-AJW <br><br> [Originally Los Angeles Superior Court Case No. EC056175] <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |

SF/2649742v1

Sedgwick LLP

1       The Court having read and considered the parties' Stipulation of Dismissal

2   With Prejudice, IT IS HEREBY ORDERED THAT the above-captioned case is

3   dismissed with prejudice.

4

5   Dated: January 11, 2012                 _____

6                            John F. Walter

                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/2649742v1